UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-20089-CR-UNGARO

UNITED STATES OF AMERICA,
    *Plaintiff*,

vs.

PEDRO DEL TORO,
    *Defendant.*
_____/

## ORDER AUTHORIZING ADDITIONAL INVESTIGATIVE FEES

This matter came before the Court pursuant to Defendant's Motion for Authorization to Fund Additional Investigation it is hereby

**ORDERED AND ADJUDGED**

1. That the Motion for Authorization to Fund Additional Investigation is **GRANTED.**

2. That court grants additional fees in the amount of $1500.00 to Jose Gonzalez, an investigator.

**DONE AND ORDERED** at Miami, Florida, this 10 day of Apr, 2008.

_____
HONORABLE JUDGE UNGARO
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20639-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            **ORDER**

JIMMY GEORGE,

    Defendant.
_____/

THIS CAUSE came before the Court on the defendant's Motion for Modification of Sentence filed on March 14, 2008 and the Court being fully advised in the premises it is hereby

**ORDERED and ADJUDGED** that the motion is **DENIED**.

DONE AND ORDERED at Miami, Florida this \_\_\_10\_\_\_ day of April, 2008.

                                                */s/ Ursula Ungaro*
                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record