UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20089-CR-UUB(s)(s)

UNITED STATES OF AMERICA

vs.

PEDRO DEL TORO,

        Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on the Government's Motion to Continue Sentencing Date for Fourteen Days filed on July 30, 2008, and good cause having been shown,

IT IS HEREBY ORDERED AND ADJUDGED that the motion is GRANTED. The Sentencing Date for defendant Pedro Del Toro set for August 8, 2008 is now continued to AUGUST 15, 2008 @ 2:00 P.M.

DONE AND ORDERED this 8 day of Aug, 2008.

                      URSULA UNGARO
                      UNITED STATES DISTRICT JUDGE
                      SOUTHERN DISTRICT OF FLORIDA

Copy to:    Susan Bozorgi, Esquire, Counsel for Pedro Del Toro
             Andrea G. Hoffman, AUSA